# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES ex rel. JOEL COMPTON, | )<br>)<br>) |
| Plaintiff-Relator, | )<br>) |
| v. | )<br>) |
| CIRCLE B ENTERPRISES, INC. d/b/a PRECISION HOMES, JACKIE WILLIAMS; PATRICIA WILLIAMS; DESTINY INDUSTRIES, LLC; RIVER BIRCH HOMES, INC.; WAVERLEE HOMES, INC.; LIBERTY HOMES, INC.; PHIL FOWLER; DELMO PAYNE; AND GERALD TERRELL, | )  Civil Action No.: 7:07-CV-00032-HL<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## ORDER STAYING DISCOVERY AND RULE 16/26 CONFERENCE

The Court has considered the joint motion to stay discovery and the Rule 16/26 Conference in this matter and notes that all parties consent to a stay. Therefore, discovery in this matter is stayed until the Court rules on pending motions to dismiss and the requirement for the parties to confer in accordance with Rules 16 and 26 is hereby stayed until thirty days after the Court rules on the pending motions to dismiss.

So ordered, this 14th day of August, 2009.

*s/ Hugh Lawson*

Hon. Hugh Lawson
Judge
USDC Middle District of Georgia