IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES ex rel. JOEL COMPTOM, | : :  : |
| Plaintiff-Relator, | : : Civil Action No. |
| v. | : 7:07-cv-32 (HL) |
| CIRCLE B ENTERPRISES, INC., et al., | : : |
| Defendants. | : |

## ORDER

On August 14, 2009, the Court entered an order staying discovery and the requirement for the parties to confer in accordance with Rules 16 and 26 of the Federal Rules (Doc. 83). The stay was in effect until thirty days after the Court ruled on the Defendants' motions to dismiss.

On March 11, 2010, the Court entered an order on the Defendants' motions to dismiss (Doc. 102). Plaintiff-Relator has since filed his amended complaint (Doc. 104).

Accordingly, the stay in this case is lifted. The parties are ordered to confer and jointly submit a discovery report no later than May 30, 2010. The Court's discovery guidelines and instructions for filing the report are found in the Rules 16 and 26 Order, entered on August 4, 2009 (Doc. 69).

If the parties have any questions or if any dispute arises, they are encouraged to telephone the Court to schedule a conference.

**SO ORDERED**, this the 29th day of April, 2010.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

lmc