# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| JOEL COMPTON, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. |
| | : | 7:07-cv-32 (HL) |
| CIRCLE B ENTERPRISES, INC., et al., | : | |
| Defendants. | : | |

## ORDER

On February 3, 2011, the Court entered an order (Doc. 127) denying motions to dismiss filed by the Defendants. The Court erred when it stated in the order that the Court's Rules 16/26 order would be issued shortly. The Rules 16/26 order has been entered (Doc. 69). In addition, on May 11, 2010, the Court stayed the 16/26 Conference until after it ruled on the motions to dismiss (Doc. 115).

Accordingly, the February 3, 2011 order is amended. The last sentence is removed and in its place is:

> The stay of this case is lifted. The parties must hold their Rules 16/26 conference no later than thirty after the date of this order.

**SO ORDERED**, this the 10th day of February, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

lmc