IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES ex rel. JOEL COMPTON, | :<br>:<br>: |
| Plaintiff-Relator, | :<br>: Civil Action No. |
| v. | : 7:07-cv-32 (HL) |
| CIRCLE B. ENTERPRISES, INC., *et al.*, | :<br>:<br>: |
| Defendants.<br>_____ | :<br>:<br>: |

## ORDER

The Defendants Circle B Enterprises, Inc., Jackie Williams, and Patricia Williams (referred to as "Circle B") have moved for the entry of a protective order (Doc. 146). The motion asks for the entry of a protective order, to extend the time period for deposing Plaintiff-Relator Joel Compton ("Compton"), and to quash or limit the scope of the subpoenas served upon the accounting firm of Allen, Pritchard & Bassett, LLP and John Bassett, CPA.

The parties have since resolved two of the issues in the motion. They have stipulated to the entry of the protective order and have agreed on a deposition schedule for Compton. Compton filed a response brief opposing the request to quash the subpoenas.

The Court will hold a telephone conference with the lawyers representing Circle B and Compton once Circle B files its reply brief.

**SO ORDERED**, this the 25th day of May, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

lmc